IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-132-1BO
No. 7:16-CV-140-BO

| | |
|---|---|
| ANTHONY JEROME WARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the unopposed motion of Respondent to lift the abeyance entered on August 3, 2016, it is hereby ORDERED that the abeyance at Docket Entry 66 is hereby LIFTED. It is further ORDERED that Respondent may file a supplemental response to Petitioner's motion under 28 U.S.C. § 2255 on or before September 8, 2017. Petitioner may file a response on or before September 22, 2017.

This **30** day of **August**, 2017.

TERRENCE W. BOYLE
United States District Judge